# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAS FRONTLINE DEVELOPMENT INC., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | Case No.: CV 17-06525 DSF (ASx) <br><br> **ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on June 19, 2019, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: July 12, 2019

Dale S. Fischer
United States District Judge